**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00531-RPM-KMT

JAMES MARUCCI,

    Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                  BY THE COURT:

April 8th, 2011                    s/Richard P. Matsch
_____      _____
DATE                               Richard P. Matsch, Senior District Judge